■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SOLOMON BOYCE, Appellant. [851 NYS2d 897]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed May 30, 2006, on the ground that the resentence is excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Skelos, Ritter and Angiolillo, JJ., concur.